PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2020 JAN 28 PM 12: 34

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.   Crim. No. 4:13CR00007-21

George Lenard Moran

On May 20, 2015, the above named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that George Lenard Moran be discharged from supervision.

Respectfully submitted,

Stephen C. Highsmith
Supervisory U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 28th day of JANUARY, 2020.

William T. Moore, Jr.
Judge, U.S. District Court